UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 09-20187

RODERICK WILSON and
SABRINA THOMPSON,

    Defendants.
    _____/

**ORDER SUSPENDING DATES AND SETTING CONFERENCE**

On July 14, 2009, the above captioned matter was reassigned to the court as a companion case to case number 06-20411. (7/14/09 Order.) As a result, the dates previously set for a plea cut-off and trial may need to be altered. Accordingly,

IT IS ORDERED that the dates previously set in the "Trial Notice" [Dkt. #16] are SUSPENDED.

IT IS FURTHER ORDERED that counsel for Defendants attend a scheduling conference on **July 28th, 2009 at 10:00 a.m.**

                              s/Robert H. Cleland
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated: July 20, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 20, 2009, by electronic and/or ordinary mail.

                              s/Lisa Wagner
                              Case Manager and Deputy Clerk
                              (313) 234-5522