**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                  Case No. 09-20187

D-1 RODRICK WILSON,

       Defendant.

_____/

**ORDER ADOPTING PSYCHOLOGICAL EVALUATION AND DECLARING**
**DEFENDANT COMPETENT TO STAND TRIAL**

On February 11, 2010, the court conducted a hearing on the record to determine whether Defendant Rodrick Wilson is competent to stand trial in the above-captioned case. Defendant had been examined by a licensed psychologist, Charles R. Clark, Ph.D. Clark submitted an eleven-page psychological evaluation of Defendant, which the court finds to be thorough and dispositive, and the receipt of which both counsel stipulated. Counsel for Defense agreed with Dr. Clark's evaluation. The court finds that Defendant Wilson is able to understand the nature and consequences of the proceedings against him, and that he is able to assist properly in his defense. 18 U.S.C. § 4241.

IT IS ORDERED that Clark's Psychological Evaluation is adopted.

IT IS FURTHER ORDERED that Defendant is DECLARED competent to stand trial.

                    _S/Robert H. Cleland_____
                    ROBERT H. CLELAND
                    UNITED STATES DISTRICT JUDGE

Dated: February 12, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 12, 2010, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522